No. 76–6441. Petty v. United States. C. A. 5th Cir. Certiorari denied.

No. 76–6445. Stevens v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–1035. Bethlehem Steel Corp. v. Quarles, Acting Administrator, Environmental Protection Agency. C. A. 3d Cir. Certiorari denied. The Chief Justice and Mr. Justice Powell would grant certiorari.

No. 76–1195. Justices of the Superior Court of Massachusetts v. Jackson et al. C. A. 1st Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied. Mr. Justice Stewart would grant certiorari.

No. 76–6009. Evans v. Reed, Penitentiary Superintendent, et al. Sup. Ct. Miss. Certiorari denied for want of a properly presented federal question.

No. 76–6192. Banks v. Georgia; and
No. 76–6354. Dobbs v. Georgia. Sup. Ct. Ga. Certiorari denied. Mr. Justice Brennan and Mr. Justice Marshall would grant certiorari and vacate judgments insofar as they leave undisturbed the sentences of death. See Gregg v. Georgia, 428 U. S. 153, 227 (1976) (Brennan, J., dissenting); id., at 231 (Marshall, J., dissenting). Reported below: No. 76–6192, 237 Ga. 325, 227 S. E. 2d 380; No. 76–6354, 236 Ga. 427, 224 S. E. 2d 3.

No. 76–6200. Jackson et al. v. Justices of the Superior Court of Massachusetts. C. A. 1st Cir. Certiorari denied. Mr. Justice Brennan, Mr. Justice Stewart, and Mr. Justice Powell would grant certiorari. Application for stay heretofore granted by Mr. Justice Brennan on January 25, 1977, is hereby vacated.